BENJAMIN B. WAGNER
United States Attorney
RICHARD M. ELIAS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CV-02093-OWW-GSA |
| Plaintiff, ) | **FINAL JUDGMENT OF FORFEITURE** |
| v. ) | |
| APPROXIMATELY $12,862.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1.     This is a civil forfeiture action against defendant approximately $12,862.00 in U.S. Currency (hereafter "defendant currency").

2.     A Verified Complaint for Forfeiture *In Rem* was filed on November 30, 2009, seeking the forfeiture of the defendant currency, alleging the defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq.*

3.     On December 2, 2009, in accordance with the Complaint, a Warrant for Arrest of Articles *In Rem* for the defendant currency was issued and duly executed on the defendant currency on December 8, 2009.

FINAL JUDGMENT OF FORFEITURE

4.      Beginning on January 23, 2010, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on February 22, 2010.

5.      In addition to the publication of the forfeiture action, actual notice was made or attempted upon Gustavo Castaneda Ramos and Rogelio Gomez Ramos. To date, only Gustavo Castaneda Ramos has filed a claim and answer to this action. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

6.      The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Rogelio Gomez Ramos on January 27, 2010. Pursuant to Local Rule 540, the United States and claimant Gustavo Castaneda Ramos thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Rogelio Gomez Ramos.

7.      Claimant Gustavo Castaneda Ramos represents and warrants that he is the sole owner of the defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.      Judgment is hereby entered against Gustavo Castaneda Ramos, Rogelio Gomez Ramos, and all other potential claimants who have not filed claims in this action.

3.      Upon entry of a Final Judgment of Forfeiture, $6,431.00 of the defendant approximately $12,862.00 in U.S. Currency, together with any interest that may have accrued on the full $12,862.00 amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.      Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $6,431.00 of the defendant approximately $12,862.00 in U.S. Currency shall be returned to Claimant Gustavo Castaneda Ramos through his attorney Dominic J. Falasco at 816 4th Street,

Los Banos, CA 93635.

5.     Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are hereby released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties to this stipulation agree to waive the provisions of California Civil Code § 1542.

6.     Claimant Gustavo Castaneda Ramos hereby waives any and all claim or right to interest that may have accrued on the defendant currency, or any portion thereof.

7.     There was reasonable cause for the seizure and arrest of the defendant currency and that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

8.     All parties will bear their own costs and attorneys' fees.

SO ORDERED THIS 7th  day of  March, 2011.

/s/ OLIVER W. WANGER
United States District Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed November 30, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the defendant currency.

Dated: March 7, 2011             /s/ OLIVER W. WANGER
                                 United States District Judge